John DIAMOND, alias Pete Diamond, Appellant, v. UNITED STATES of America.

No. 9230.

Circuit Court of Appeals, Eighth Circuit.

June 22, 1931.

Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee and consent of appellant.

D. L. FLACK & SON, Inc., Plaintiff-Appellant, v. WEST VIRGINIA COAL COMPANY, Inc., Defendant-Appellee.

No. 410.

Circuit Court of Appeals, Second Circuit.

June 1, 1931.

Marshall, Wehle & Hinckley, of New York City (Harold Harper, of New York City, of counsel), for appellant.

Crowell & Rouse, of New York City (E. Curtis Rouse, appearing specially, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on opinion in Zadig v. Ætna Ins. Co., 42 F.(2d) 142 (C. C. A. 2).

Burt ESPEY, Appellant, v. UNITED STATES of America.

No. 9210.

Circuit Court of Appeals, Eighth Circuit.

May 4, 1931.

Frank E. Noonan, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Chet A. Keyes. Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under rule 16.